In the Matter of the Assignment of GUSTAV RADTKE et al. to HARVEY T. CLEVELAND.

(Argued March 14, 1882 ; decided March 21, 1882.)

*E. T. Wood* for appellant.

*E. H. Benn* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.

---

THOMAS ALLSTON BROWN et al., Respondents, *v.* JOHN P. SMITH et al., Appellants.

(Submitted March 14, 1882 ; decided March 21, 1882.)

*Charles W. Brooke* for appellants.

*Howe & Hummel* for respondents.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.

---

THE PEOPLE, ex rel. THE AUBURN WATER-WORKS COMPANY, Respondent, *v.* EDWARD HOOPES, Appellant.

(Argued March 15, 1882 ; decided March 21, 1882.)

*John D. Teller* for appellant.

*Charles M. Baker* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.